**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock
Probation Officer: Patrick Lynch

Date: May 25, 2012
Time: 32 minutes
Interpreter: n/a

**CASE NO. 10-CR-00326-PAB-05**

Parties

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**5. JOSE LUIS DOMINGUEZ,**

Defendant.

Counsel

MJ Menendez
Special Agent Shane Messner

Scott Reisch

---

**SENTENCING**

---

**9:04 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond .

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00326-PAB-05
May 25, 2012

Argument by Ms. Menendez in support of the Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc #2203).

Comments by Mr. Reisch.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc #2203) is **GRANTED.**

Mr. Reisch addresses sentencing.

Ms. Menendez addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **February 22, 2012** to count **Forty-three of the First Superseding Indictment.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **40** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **FCI Englewood and not FCI Florence due to a conflict with a co-defendant.**

Court FURTHER RECOMMENDS that the defendant be allowed to participate in a Residential Drug Abuse Program (**RDAP**).

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years.

Page Three
10-CR-00326-PAB-05
May 25, 2012

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss Count One (Doc # 2204) is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**9:36 a.m.**     **COURT IN RECESS**

**Total in court time:   32 minutes**

**Hearing concluded**